# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**Petition for Summons for Person Under Supervision**

| | |
|---|---|
| **Person Under Supervision** <br> Alvin Willform | **Docket Number** <br> 0971 4:16CR00203-001 JSW |
| **Name of Sentencing Judge:** | The Honorable Jeffrey S. White <br> Senior United States District Judge |
| **Date of Original Sentence:** | November 8, 2016 |

**Original Offense**
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** Seventy (70) months of custody; three years of supervised release.
**Special Conditions:** Drug treatment; no alcohol; special assessment $100.00; no gang associations with any member of the Harbor Road Big Block gang or any other gang; must not be in the vicinity of Harbor Road Big Block territory, which is defined as Ingalls Street to Donahue Street to Kiska Street to Innes Street in San Francisco, unless otherwise approved by the probation officer; when not employed or enrolled in vocational or educational training, you must complete no less than 20 hours of community service per week; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection.

**Prior Form(s) 12:** On January 3, 2022, Your Honor took judicial notice for a positive marijuana test.

| | |
|---|---|
| **Type of Supervision** <br> Supervised Release | **Date Supervision Commenced** <br> June 11, 2021 |
| **Assistant U.S. Attorney** <br> Duty AUSA | **Defense Counsel** <br> Duty (AFPD) |

## Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 25, 2022, at 10:00 a.m.

I, Jenna Russo, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my

RE:    Willform, Alvin                                                                                                    2
       0971 4:16CR00203-001 JSW

information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the person under supervision violated special condition number one that states, in part, that he must participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. |
| | On January 21 and 27, February 3 and 10, and March 17, 2022, Mr. Willform failed to report for substance abuse counseling at Dolan Mental Health. On February 8, March 9 and 15, 2022, Mr. Willform failed to report for drug testing at Dolan Mental Health. |
| | Evidence in support of this charge is contained in the Dolan Mental Health No Show notifications for the above dates. |
| Two | There is probable cause to believe that the person under supervision violated mandatory condition that he must not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | On February 16, 2022, Mr. Willform reported to the U.S. Probation Office in Oakland and submitted a urine sample that tested presumptively positive for marijuana. Mr. Willform admitted to using marijuana. |
| | Evidence in support of this charge is contained in the February 16, 2022, Northern District of California Admission Report. |
| Three | There is probable cause to believe that the person under supervision violated standard condition number one that he must not leave the judicial district without the permission of the court or probation officer. |
| | On February 25, 2022, Mr. Willform left the Northern District of California and was contacted by Fairfield Police Department (FPD) for |

RE: Willform, Alvin 3
    0971 4:16CR00203-001 JSW

a traffic stop. Mr. Willform was not arrested; however, he was not given permission to leave the district.

Evidence in support of this violation is contained in the February 25, 2022, probation chronological entry.

Based on the foregoing, there is probable cause to believe that Alvin Willform violated the conditions of his Supervised Release.

Respectfully submitted,                    Reviewed by:

*Jenna Russo* (signature)                  *Kevin L. Thomas* (signature)
Jenna Russo                                Kevin L. Thomas
U.S. Probation Officer Specialist          Supervisory U.S. Probation Officer
Date Signed: April 1, 2022

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 25, 2022, at 10:00 a.m.

[ ]   Other:

April 1, 2022                              *Jeffrey S. White* (signature)
Date                                       Jeffrey S. White
                                           Senior United States District Judge

**RE:**   Willform, Alvin                                                                                                                  4
          0971 4:16CR00203-001 JSW

## APPENDIX

Grade of Violations:  C

Criminal History at time of sentencing:  III

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 5 to 11 months USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | Three years, less any time in custody upon revocation, 18 U.S.C. § 3583(h) | Three years, less any time in custody upon revocation USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not Authorized | Not Authorized |