UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN WILLFORM,<br><br>Defendant. | Case No.  16-cr-00203-JSW-1<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 43 |

This matter is scheduled for a telephonic status conference on August 2, 2022 at 12:00 p.m.  The parties' joint status report was due on July 26, 2022, and is now overdue.  The parties ARE HEREBY ORDERED to show cause why the Court should not impose sanctions, monetary or in some other form, based on their failure to comply with the Court's deadlines.  The parties' Responses to this Order to Show Cause shall be due by 9:30 a.m. on August 1, 2022.

**IT IS SO ORDERED**.

Dated: July 29, 2022

_____
JEFFREY S. WHITE
United States District Judge