IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:16-CR-00203-1 JSW [KAW] |
| Plaintiff, | DETENTION ORDER |
| v. | |
| ALVIN WILLFORM, III, | |
| Defendant. | |

On February 11, 2026, this matter came before the Court for detention hearing.  The Government, joined by United States Probation, previously moved for Defendant's detention.  Dkt. No. 57.  After hearing argument from counsel for Defendant, the Government, and United States Probation regarding the matter of detention, and for the reasons stated on the record, the Court finds that Defendant has not met his burden of proof for release.

Defendant is hereby ordered detained pending resolution of the Form 12 Petition for Warrant for Person Under Supervision filed November 21, 2023.  Dkt. No. 54.  This matter is continued for status conference hearing before The Honorable Senior United States District Judge Jeffrey S. White, on March 24, 2026, at 1:00 p.m., 2nd Floor, Courtroom 5.

IT IS SO ORDERED.

Dated:    February 27, 2026

THE HON. KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
Case No. 4:16-CR-00203-1 JSW